**Igor Fradkin, Esq. - State Bar No. 299491**
**DOWNTOWN L.A. LAW GROUP**
910 S. Broadway
Los Angeles, CA 90015
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Igor@downtownlalaw.com

Attorneys for Plaintiffs
ANGELICA E. CRUZ, et. al

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELICA E. CRUZ, an individual; HECTOR A. NUNO-GOMEZ, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive.<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. NEGLIGENCE – MOTOR VEHICLE |

COME NOW PLAINTIFFS ANGELICA E. CRUZ and HECTOR A. NUNO-GOMEZ, complaining of Defendants and alleges as follows:

///

///

///

## I.
## JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 29 U.S.C. §§1346(b).

## II.
## VENUE

2. Venue is proper in the Central District of California. The motor vehicle accident giving rise to this complaint occurred near Sepulveda Blvd. & Brand Blvd., Los Angeles, CA 91345, which is within the present judicial district. Plaintiffs also reside within this judicial district.

## III.
## PARTIES

3. Plaintiffs ANGELICA E. CRUZ and HECTOR A. NUNO-GOMEZ (hereafter "PLAINTIFFS") are and at all relevant times were residents of Los Angeles County, California.

4. At all times relevant herein, the Defendant UNITED STATES OF AMERICA is a governmental agency.

## IV.
## FACTS COMMON TO ALL ACTIONS

5. On or about July 31, 2022, Plaintiffs was lawfully operating their vehicle on Sepulveda Blvd. near Brand Blvd.. Defendants' employee, operating a U.S. Postal Service mail-delivery truck, operated his/her vehicle and exited a driveway and/or alleyway onto Sepulveda Blvd. without caution and in such an unsafe manner that it violently collided into Plaintiffs' vehicle.

///

///

6. On said date, an employee of Defendant UNITED STATES OF AMERICA drove carelessly, negligently and with extreme recklessness, including, but not limited to, exiting a driveway and/or alleyway without caution and in such an unsafe manner.

7. In failing to stop for traffic conditions and/or yield to traffic, an employee of Defendant UNITED STATES OF AMERICA carelessly and negligently struck Plaintiffs' vehicle as it traveled on Sepulveda Blvd..

8. On or about June 12, 2023, Plaintiffs submitted a claim based on the allegations herein to Defendant UNITED STATES OF AMERICA for administrative settlement and has not been rejected by an agent for Defendant UNITED STATES OF AMERICA.

## V.

## FIRST COUNT/CAUSE OF ACTION

## NEGLIGENT OPERATION OF A MOTOR VEHICLE

9. The preceding paragraphs of this Complaint are incorporated by reference.

10. On July 31, 2022, a U.S. Postal Service mail-delivery truck was operated by a Defendant UNITED STATES OF AMERICA agent or employee as he/she was in the course and scope of his/her employment with Defendant UNITED STATES OF AMERICA.

11. A Defendant UNITED STATES OF AMERICA employee was driving negligently and carelessly, including but not limited to, failing to stop for traffic conditions and/or yield to traffic.

12. Defendant UNITED STATES OF AMERICA and its agents and employees acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the U.S. Postal Service Truck as to proximately cause the same to collide against the vehicle

which Plaintiffs, ANGELICA E. CRUZ and HECTOR A. NUNO-GOMEZ, were then operating, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

13. A Defendant UNITED STATES OF AMERICA employee was also negligent in failing to keep attentive as to his/her whereabouts and oncoming traffic. Said Defendant knew or should have known that failing to stop for traffic conditions and/or yield to traffic would be unsafe, all of which negligence, carelessness and recklessness constituted the proximate cause of him/her striking Plaintiffs' vehicle.

14. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiffs were injured about their bodies and its members and were rendered sick, sore, lame and disabled, and were injured in their health, strength and activity, a portion of said injuries being permanent. As a result of said injuries, Plaintiffs have had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

15. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiffs suffered grave and serious mental anguish, fear, anxiety and illness, a portion of said injuries being permanent. As a proximate result of said injuries and damages, Plaintiffs have had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

16. By reason of said injuries, Plaintiffs have incurred, and probably will incur in the future, hospital, surgical, ambulance, medical, nursing and household expenses, all to his further damage.

17. By reason of said injuries, Plaintiffs were unable to do their usual work for a period of time, have been unable to do a portion of their work since that time, will be partially disabled in the future and have sustained damage to their future earning capacity, all to their damages, according to proof.

18. By reason of said injuries, Plaintiffs have sustained damage to their future earning capacity, all to their further damage, according to proof.

19. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiffs' vehicle sustained damage, according to proof.

20. By reason of said collision, Plaintiffs were deprived of the use of a vehicle for a period of time, all to Plaintiffs' further damage, according to proof.

## VI.

## PRAYER

WHEREFORE, Plaintiffs demand the following relief, jointly and severally, against all the Defendants;

a) For damages for injuries sustained due to the negligence of Defendant UNITED STATES OF AMERICA's agents and employees, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from their injuries.

b) Costs of suit necessarily incurred herein; and

c) Such further relief as the Court deems just or proper.

DATED: February 2, 2024

**DOWNTOWN L.A. LAW GROUP**

Igor Fradkin, Esq.
Attorneys for Plaintiffs
ANGELICA E. CRUZ, et. al.

///
///
///
///
///

## JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues so triable.

DATED: February 2, 2024

**DOWNTOWN L.A. LAW GROUP**

Igor Fradkin, Esq.
Attorneys for Plaintiffs
ANGELICA E. CRUZ, et. al.