NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Igor Fradkin, Esq.
DOWNTOWN LA LAW GROUP
910 S. Broadway
Los Angeles, CA 90015
Phone:   (213) 389-3765
ATTORNEY(S) FOR: ANGELICA E. CRUZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA E. CRUZ, an individual; HECTOR A. NUNO-GOMEZ, an individual.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive.<br><br>Defendant(s) | CASE NUMBER: <br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ANGELICA E. CRUZ
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive. | Defendants |

2/2/24

Date

Signature

Attorney of record for (or name of party appearing in pro per):

ANGELICA E. CRUZ, et. al.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES