JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANGELICA E. CRUZ, et al.,

              Plaintiffs,

     v.

UNITED STATES OF AMERICA,

           Defendant.

Case No. 2:24-cv-01087-MRA-PVC

**JUDGMENT**

On January 12, 2026, the United States served a Rule 68 Offer of Judgment on Plaintiffs. *See* Dkt. 62-1. On January 15, 2026, Plaintiffs accepted the Rule 68 Offer. *See* Dkt. 62-2. On January 20, 2026, the United States filed a Notice of Lodging of Accepted Rule 68 Offer, filing the offer and the notice of acceptance on the docket pursuant to Fed. R. Civ. P. 68(a). Dkt. 62.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment in this action is entered in favor of Plaintiffs in the amount of $50,000. This amount is inclusive of interest, attorney's fees, and costs accrued as of January 12, 2026.

2. Plaintiffs' attorney's fees are included in the $50,000 amount and shall not exceed 25% thereof.

3. Judgment is hereby entered in favor of Plaintiffs and against the United States.

IT IS SO ORDERED.

Dated: January 21, 2026

_____

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

1